IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DERRICK HUNTE,** :<br>　　　　　Petitioner, :<br>　　　　　　　　　　　　　:<br>v. 　　　　　　　　　　　　:<br>　　　　　　　　　　　　　:<br>　　　　　　　　　　　　　:<br>**TAMMY FERGUSON,** *et al.***,** :<br>　　　　　Respondents. :  | CIVIL ACTION NO.  14-6451 |

# ORDER

**AND NOW,** this 25th day of January 2017, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, and all related filings, and upon review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge and the objections thereto, it is hereby **ORDERED** that:

1.　The Objections are **OVERRULED**;

2.　The Report and Recommendation is **APPROVED** and **ADOPTED**;

3.　The Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE** and without an evidentiary hearing;

4.　There is no probable cause to issue a certificate of appealability; and

5.　The Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　/s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**